**Ronald S. Yockim,** OSB No. 81430  Hon. Ann L. Aiken
Email: ryockim@yockimlaw.com
**Dominic M. Carollo,** OSB No. 093057
Email: dcarollo@yockimlaw.com
Law Offices of Ronald S. Yockim
430 S.E. Main Street
P.O. Box 2456
Roseburg, Oregon 97470
Phone:  (541) 957-5900
Fax: (541) 957-5923

Attorneys for [Proposed] Defendant-Intervenors

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY**, and **AUDUBON SOCIETY OF PORTLAND**,<br><br>         Plaintiffs,<br><br>v.<br><br>**JOHN KITZHABER**, in his official Capacity as Governor of Oregon and Chair Of the State Land Board; **TED WHEELER** and **KATE BROWN**, in their official capacity as members of the State Land Board; **DOUG DECKER**, in his official Capacity as Oregon State Forester with the Oregon Department of Forestry; **LOUISE SOLLIDAY,** in her official capacity as Director of the Department of State Lands; **JOHN BLACKWELL**, in his official capacity as Chair of the Oregon Board of Forestry; **SYBIL ACKERMAN, CINDY DEACON WILLIAMS, NILS CHRISTOFFERSEN**, | No. 3:12-cv-00961-AA<br><br>**CORPORATE DISCLOSURE STATEMENT BY SENECA SAWMILL COMPANY** |

Page 1    **CORPORATE DISCLOSURE STATEMENT**

**TOM INSKO, GARY SPRINGER**, and **STEVE WILSON**, in their official capacity as Board Members of the Oregon Board of Forestry; **TOM SAVAGE**, in his official capacity as District Forester for the Astoria District; **JIM YOUNG**, in his official capacity as District Forester for the Coos District; **ANDY WHITE**, in his official capacity as the District Forester for the Forest Grove District; and **DAN GOODY**, in his official capacity as the District Forester for the Tillamook District,

       Defendants,

  and

**OREGON FOREST INDUSTRIES COUNCIL,** a non-profit corporation, **DOUGLAS TIMBER OPERATORS**, a non-profit corporation, **HAMPTON TREE FARMS, INC.**, an Oregon Corporation, **SENECA SAWMILL COMPANY**, an Oregon Corporation, and **SCOTT TIMBER CO.**, an Oregon corporation,

       [Proposed] Defendant-Intervenors.

Pursuant to Federal Rule of Civil Procedure 7.1, Seneca Sawmill Company states that it has no parent company and no publically traded corporation owns more than 10% of its stock.

**DATED** this 22nd day of June, 2012.

       /s/ Dominic M. Carollo
       **Ronald S. Yockim, OSB No. 81430**
       **Dominic M Carollo, OSB No. 093057**
       Email: **dcarollo@yockimlaw.com**
       Telephone: 541-957-5900