ELLEN F. ROSENBLUM
Attorney General
DARSEE STALEY #873511
CHRISTINA L. BEATTY-WALTERS  #981634
Senior Assistant Attorneys General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Darsee.Staley@doj.state.or.us
            Tina.BeattyWalters@doj.state.or.us

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY, and AUDUBON SOCIETY OF PORTLAND,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN KITZHABER, in his official capacity as Governor of Oregon and Chair of the State Land Board; TED WHEELER and KATE BROWN, in their official capacity as members of the State Land Board; DOUG DECKER,  in his official capacity as Oregon State Forester with the Oregon Department of Forestry; LOUISE SOLLIDAY, in her official capacity as Director of the Department of State Lands; JOHN BLACKWELL, in his official capacity as Chair of the Oregon Board of Forestry; SYBIL ACKERMAN, CINDY DEACON WILLIAMS, NILS CHRISTOFFERSEN, TOM INSKO, GARY SPRINGER, and STEVE WILSON, in their official capacity as Board Members of the Oregon Board of Forestry; TOM SAVAGE, in his official capacity as District Forester for the Astoria | Case No. 3:12-cv-00961-AA<br><br>STATE DEFENDANTS' MOTION TO DISMISS<br><br>*ORAL ARGUMENT REQUESTED* |

Page 1 -   STATE DEFENDANTS' MOTION TO DISMISS
            TBW/sjb/3533246-v1

District; JIM YOUNG, in his official capacity as District Forester for the Coos District; ANDY WHITE, in his official capacity as the District Forester for the Forest Grove District; and DAN GOODY, in his official capacity as the District Forester for the Tillamook District,

Defendants.

### *L.R. 7-1 Certification*

Counsel for State defendants have conferred with counsel for plaintiffs by telephone about the subject of this motion. The issues presented could not be resolved without the assistance of the Court.

### MOTION

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Governor John Kitzhaber, State Treasurer Ted Wheeler, Secretary of State Kate Brown, Doug Decker, Louise Solliday, John Blackwell, Sybil Ackerman, Cindy Deacon Williams, Nils Christoffersen, Tom Insko, Gary Springer, Steve Wilson, Tom Savage, Jim Young, Andy White, and Dan Goody ("State defendants") move for an order dismissing portions of the plaintiffs' claim for relief, as detailed in the accompanying Memorandum in Support.

DATED August  7 , 2012.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

    s/ Christina L.Beatty-Walters
DARSEE STALEY #873511
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Darsee.Staley@doj.state.or.us
Tina.BeattyWalters@doj.state.or.us
Of Attorneys for State Defendants

Page 2 -   STATE DEFENDANTS' MOTION TO DISMISS
TBW/sjb/3533246-v1
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000