TANYA M. SANERIB (OSB No. 025526)
tanya@crag.org
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
Telephone: (503) 525.2722
Fax: (503) 296.5454
Attorney for Plaintiffs

ELLEN F. ROSENBLUM
Attorney General
DARSEE STALEY (OSB No. 873511)
Darsee.Staley@doj.state.or.us
CHRISTINA L. BEATTY-WALTERS (OSB No. 981634)
Tina.BeattyWalters@doj.state.or.us
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Attorneys for Defendants

RONALD S. YOCKIM (OSB No. 81430)
ryockim@yockimlaw.com
DOMINIC M. CAROLLO (OSB No. 093057)
dcarollo@yockimlaw.com
Law Offices of Ronald S. Yockim
430 S.E. Main Street, P.O. Box 2456
Roseburg, OR 97470
Phone: (541) 957-5900
Fax: (541) 957-5923

JULIE WEIS (OSB No. 974320)
jweis@hk-law.com
Haglund Kelley Jones & Wilder LLP
200 S.W. Market Street, Suite 1777
Portland, OR 97201
Phone: (503) 225-0777
Fax: (503) 225-1257
Attorneys for Defendant-Intervenors

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS,** *et al.*, | Case No.: 3: 12cv00961-AA |
| Plaintiffs, | **JOINT MOTION OF THE PARTIES FOR AN EXTENSION OF FACT DISCOVERY AND THE CASE SCHEDULE and ORDER** |
| v. | |
| **JOHN KITZHABER**, in his official capacity as Governor of Oregon and Chair of the State Land Board, *et al.*, | |
| Defendants, | |
| and | |
| **OREGON FOREST INDUSTRIES COUNCIL,** *et al.* and **ASSOCIATION OF OREGON COUNTIES**, | |
| Defendant- Intervenors. | |

Plaintiffs, Defendants, and Defendant-Intervenors (hereafter the Parties) respectfully request that the Court enter an order in this case extending the time for fact discovery and changing the existing case schedule because additional time is required to complete fact discovery in this matter.

1.  This case was filed on May 31, 2012 and alleges that Defendants are violating the Endangered Species Act by authorizing logging practices and making forest management

1

decisions that "take" – harm, harass, injure, and kill – threatened seabirds called marbled murrelets under the federal Endangered Species Act, 16 U.S.C. §§ 1531, *et seq.*

2.      On August 15, 2012, the Court issued a scheduling order for this matter.  That order provided that:  "Discovery is to be completed by 11/20/2012. Joint Alternate Dispute Resolution Report is due by 11/27/2012. Expert Witness Lists are due by 12/7/2012. Expert Discovery to be completed by 1/23/2013. Dispositive Motions are due by 2/8/2013. Pretrial Order is due by 5/17/2013. See Joint Motion [57] for additional deadlines that the Court does not track."

3.      On September 10, 2012, the Parties exchanged their first sets of requests for production, admissions, and interrogatories.

4.      On October 15, 2012, the Parties exchanged their initial written responses.  The timber industry Intervenors produced their first batch of responsive documents on October 15, 2012.  Plaintiffs produced their first batch of responsive documents on October 31, 2012. Defendants have not produced any documents in discovery as of the date of this filing.

5.      Defendants believe that a Protective Order is necessary in this case to protect certain information in some of the documents that Plaintiffs requested in their document production requests.  Defendants provided a draft Order to Plaintiffs' counsel on October 31, 2012.  The Parties have been negotiating over the draft Protective Order in good faith to avoid the need to litigate over the scope and entry of this Order.

6.      As a result of these circumstances, no depositions have been scheduled in this matter and the Parties have not discussed the adequacy of the initial discovery responses. Therefore, the Parties seek additional time in which to complete fact discovery.

2

JOINT MOTION FOR EXTENSION
OF CASE SCHEDULE

7.      The extension of the fact discovery deadline will alter the other deadlines set in the Court's August 15, 2012 Order but will not change the time set for trial, since these dates have not yet been selected.

8.      Therefore, the Parties propose the following new schedule for discovery and pre-trial proceedings in this matter:

| | |
|---|---|
| Completion of State Defendants' Document Production | March 1, 2013 |
| Written Motions to Compel | From November 2 to April 15, 2013 |
| Completion of Fact Discovery: | From November 20 to May 5, 2013 |
| ADR Report Deadline | From November 27 to May 12, 2013 |
| Disclosure of Experts and Reports | From December 7 to May 27, 2013 |
| Rebuttal Expert disclosure: | From January 16 to June 17, 2013 |
| Close of Expert Discovery: | From January 23 to June 24, 2013 |
| Dispositive Motions (if filed) | From February 8 to July 8, 2013 |
| -Response brief | From March 4 to August 8, 2013 |
| -Reply Brief | From March 18 to August 22, 2013 |
| Pretrial Disclosures | From April 12 to September 16, 2013 |
| Pretrial Objections | From April 26 to October 9, 2013 |
| Pretrial Order | From May 17 to November 8, 2013 |

9.      Currently, fact discovery is set to close in this case on November 20, 2012.

10.     For all these reasons, the Parties respectfully request that the Court either enter this new scheduling order or set aside the existing fact discovery deadline and hold a telephonic

JOINT MOTION FOR EXTENSION
OF CASE SCHEDULE

conference as soon as possible to discuss any elements of the order that requires revision to fit the Court's calendar.

Respectfully submitted this 19th day of November, 2012,


___/s/Tanya M. Sanerib_____
Tanya M. Sanerib (OSB No. 025526)
Email: tanya@crag.org
Phone: (503) 525-2722
Daniel R. Kruse (OSB No. 064023)
Email: dkruse@cldc.org
Phone: (541) 870-0605


For Plaintiffs

___/s/ Julie A. Weis_____
Julie A. Weis (OSB No. 974320)
Email: jweis@hk-law.com
Phone: (503) 225-0777


For Defendant-Intervenor

____/s/Christina L. Beatty-Walters____
Christina L. Beatty-Walters (OSB NO. 981634)
Email: tina.beattywalters@doj.state.or.us
Darsee Staley (OSB No. 873511)
Email: Darsee.Staley@doj.state.or.us
Phone: (971) 673-1880


For Defendants

____/s/ Dominic M. Carollo_____
Dominic M. Carollo (OSB No. 093057)
Email: dcarollo@yockimlaw.com
Ronald S. Yockim (OSB No. 81430)
Email: ryockim@yockimlaw.com
Phone: (541) 957-5900


For Defendant-Intervenors




It Is So ORDERED this _____ day of November, 2012,


_____
Honorable Judge Aiken
United States District Court
for the District of Oregon

JOINT MOTION FOR EXTENSION
OF CASE SCHEDULE