TANYA M. SANERIB (OSB No. 025526)
tsanerib@biologicaldiversity.org
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
Telephone: (971) 717.6407
Fax: (503) 283.5528
Attorney for Plaintiffs

ELLEN F. ROSENBLUM
Attorney General
DARSEE STALEY (OSB No. 873511)
Darsee.Staley@doj.state.or.us
CHRISTINA L. BEATTY-WALTERS (OSB No. 981634)
Tina.BeattyWalters@doj.state.or.us
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Attorneys for Defendants

RONALD S. YOCKIM (OSB No. 81430)
ryockim@yockimlaw.com
DOMINIC M. CAROLLO (OSB No. 093057)
dcarollo@yockimlaw.com
Law Offices of Ronald S. Yockim
430 S.E. Main Street, P.O. Box 2456
Roseburg, OR 97470
Phone: (541) 957-5900
Fax: (541) 957-5923

JULIE WEIS (OSB No. 974320)
jweis@hk-law.com
Haglund Kelley Jones & Wilder LLP
200 S.W. Market Street, Suite 1777
Portland, OR 97201
Phone: (503) 225-0777
Fax: (503) 225-1257
Attorneys for Defendant-Intervenors

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS,** *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>**DOUG DECKER**, in his official capacity as Oregon State Forester with the Oregon Department of Forestry, *et al.*,<br><br>                              Defendants,<br><br> and<br><br>**OREGON FOREST INDUSTRIES COUNCIL,** *et al.* and **ASSOCIATION OF OREGON COUNTIES**,<br><br>                              Defendant- Intervenors. | Case No.: 3: 12cv00961-AA<br><br>**JOINT MOTION OF THE PARTIES TO ALTER THE FACT DISCOVERY AND CASE SCHEDULE and ORDER** |

In light of the March 19, 2013 Order referring this case to mediation, Plaintiffs, Defendants, and Defendant-Intervenors (hereafter the Parties) respectfully request that the Court enter an order altering the existing case schedule to provide the Parties time to focus on mediation. Thus, the Parties respectfully request that the Court order that:

1

1. The existing case schedule is set aside.

2. The Court adopts the following schedule:

    a. Defendants shall finish their initial production by June 15, 2013.

    b. The parties may continue to work together to resolve any concerns or disputes over the initial set of discovery responses, but they will not propound any further discovery and will not commence with depositions until mediation has concluded or until further order of the Court.

3. The Parties will file a joint status report with the Court within one week of their second mediation session with Judge Coffin in which they will indicate either that mediation is progressing or propose a new case schedule, which will include adequate time to complete factual discovery.

Respectfully submitted this 12th day of April, 2013,

| | |
|---|---|
| ___/s/Tanya M. Sanerib_____ | ___/s/Christina L. Beatty-Walters____ |
| Tanya M. Sanerib (OSB No. 025526) | Christina L. Beatty-Walters (OSB NO. 981634) |
| Email: tsanerib@biologicaldiversity.org | Email: tina.beattywalters@doj.state.or.us |
| Phone: (503) 525-2722 | Darsee Staley (OSB No. 873511) |
| Daniel R. Kruse (OSB No. 064023) | Email: Darsee.Staley@doj.state.or.us |
| Email: dkruse@cldc.org | Phone: (971) 673-1880 |
| Phone: (541) 870-0605 | |
| | For Defendants |
| For Plaintiffs | |
| | ___/s/ Dominic M. Carollo_____ |
| ___/s/ Julie A. Weis_____ | Dominic M. Carollo (OSB No. 093057) |
| Julie A. Weis (OSB No. 974320) | Email: dcarollo@yockimlaw.com |
| Email: jweis@hk-law.com | Ronald S. Yockim (OSB No. 81430) |
| Phone: (503) 225-0777 | Email: ryockim@yockimlaw.com |
| | Phone: (541) 957-5900 |
| For Defendant-Intervenor | For Defendant-Intervenors |

2

JOINT MOTION TO ALTER
THE CASE SCHEDULE

It Is So ORDERED this _____ day of April, 2013,


_____
Honorable Judge Aiken
United States District Court
for the District of Oregon