IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASCADIA WILDLANDS, THE CENTER FOR BIOLOGICAL DIVERSITY, and AUDUBON SOCIETY OF PORTLAND,<br><br>       Plaintiffs,<br><br>    v.<br><br>DOUG DECKER, in his official capacity as Oregon State Forester with the Oregon Department of Forestry; TOM SAVAGE, in his official capacity as District Forester for the Astoria District; JIM YOUNG, in his official capacity as District Forester for the Coos District; ANDY WHITE, in his official capacity as the District Forester for the Forest Grove District; and DAN GOODY, in his official capacity as the District Forester for the Tillamook District,<br><br>       Defendants,<br><br>    and<br><br>OREGON FOREST INDUSTRIES COUNCIL, a non-profit corporation, DOUGLAS TIMBER OPERATORS, a non-profit corporation, HAMPTON TREE FARMS INC., an Oregon Corporation, SENECA SAWMILL COMPANY, an Oregon Corporation, and SCOTT TIMBER CO., an Oregon corporation,<br><br>       Intervenor-Defendants<br><br>    and<br><br>ASSOCIATION OF OREGON COUNTIES,<br><br>       Intervenor-Defendant. | Case No.  3:12-cv-00961-AA<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Plaintiffs Cascadia Wildlands, the Audubon Society of Portland, and the Center for Biological Diversity (collectively "Plaintiffs"), and Defendants Doug Decker, Tom Savage, Jim, Young, Andy White, and Dan Goody, all in their official capacities (collectively "Defendants"), hereafter collectively "the Parties," state as follows:

WHEREAS, Plaintiffs filed a complaint on May 31, 2012, and an amended complaint on December 17, 2012, alleging that Defendants are violating Section 9 of the Endangered Species Act, 16 U.S.C. § 1538, by causing "take" of marbled murrelets on the Clatsop, Tillamook, and Elliott State Forests ("the State Forests"); and

WHEREAS, on November 19, 2012, the Court granted Plaintiffs' Motion for a Preliminary Injunction, enjoining eleven logging projects and "any further logging activities in known occupied marbled murrelet sites" on the State Forests; and

WHEREAS, on August 29, 2013, State Defendants filed a Motion to Dismiss the case on mootness grounds and submitted declarations confirming it canceled twenty-eight timber sales; and

WHEREAS, Plaintiffs (through counsel) have expressed concern about having access to information after the conclusion of this lawsuit, seek to avoid similar litigation in the future and sought an assurance of transparency out of concern for the limitations of the public records law; and

WHEREAS, in response to Plaintiffs' concerns, the State Defendants (through counsel) have affirmed that the Oregon Department of Forestry has no plans to discontinue its customary practices in connection with responses to public records requests and will continue to provide information in compliance with Oregon's public records law (ORS 192.410 – 192.505) following entry of judgment of dismissal in this matter; and

WHEREAS, and Intervenor-Defendants Oregon Forest Industries Council, Douglas Timber Operators, Hampton Tree Farms, Seneca Sawmill Company, Scott Timber Company,

and the Association of Oregon Counties, (collectively "Intervenors") neither object to nor join in this Stipulation;

NOW, THEREFORE, the Parties agree and stipulate as follows:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action without prejudice.

2.      It is the express intention of all the Parties that dismissal pursuant to this stipulation will have no preclusive effect whatsoever on any future litigation that is based on the alleged occurrence or recurrence of any claim, fact, or circumstance at issue in the present case or related to the present case.

3.      Defendants shall pay to Plaintiffs the amount specified in Defendants and Plaintiffs' separate written agreement.  Plaintiffs agree to accept such payment in full satisfaction of any and all claims for attorneys' fees and costs in this case, through and including the date of this stipulation.

4.      The parties agree that the Court will retain jurisdiction to enforce paragraph 3 of this Stipulation, if necessary.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994).

///

///

///

///

///

///

///

///

///

///

Page 3 -    JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO ORDERED this _____ day of _____, 2014.

_____
Honorable Ann Aiken
Chief District Judge

IT IS SO STIPULATED this 5th day of February, 2014.

/s/ Daniel R. Kruse                                         /s/ Darsee Staley

DANIEL R. KRUSE (OSB No. 064023)          DARSEE STALEY (OSB No. 873511)
dkruse@cldc.org                                           Darsee.Staley@doj.state.or.us
130 South Park Street                                   CHRISTINA L. BEATTY-WALTERS
Eugene, OR 97401                                        (OSB No. 981634)
Tel: (541) 870.0605                                       Tina.BeattyWalters@doj.state.or.us
Fax: (541) 484.4996                                      Department of Justice
TANYA M. SANERIB (OSB No. 025526)        1515 SW Fifth Ave, Suite 410
tsanerib@biologicaldiversity.org                  Portland, OR 97201
Center for Biological Diversity                      Tel: (971) 673.1880
PO Box 11374                                              Fax: (971) 673.5000
Portland, OR 97211                                      Attorneys for Defendants
Tel: (971) 717.6407
Fax: (503) 283.5528
Attorneys for Plaintiffs